# EXHIBIT A

# EXHIBIT A

1   SEAN P. HEALY, SB #018393
    Sean.Healy@lewisbrisbois.com
2   ERIC L. COOK, SB #020797
    Eric.Cook@lewisbrisbois.com
3   **LEWIS BRISBOIS BISGAARD & SMITH LLP**
    Phoenix Plaza Tower II
4   2929 North Central Avenue, Suite 1700
    Phoenix, Arizona 85012-2761
5   Telephone: 602.385.1040
    Facsimile: 602.385.1051
6   Firm email: azdocketing@lewisbrisbois.com
    *Attorneys for Defendants E Union Hills AZ Partners, LLC and*
7   *Cortland Management, LLC*

8

         SUPERIOR COURT OF THE STATE OF ARIZONA
9
               COUNTY OF MARICOPA
10

11

| | |
|---|---|
| DEDRICK LAVERGNE, an individual, | Case No. CV2022-007544 |
| Plaintiff, | **NOTICE OF FILING NOTICE OF REMOVAL** |
| vs. | |
| PINNACLE APTS, LLC dba CORTLAND DESERT RIDGE; E UNION HILLS AZ PARTNERS, LLC dba CORTLAND DESERT RIDGE; PURE PINNACLE APTS, LLC dba CORTLAND DESERT RIDGE; PINNACLE APARTMENTS SPE, LLC dba CORTLAND DESERT RIDGE, a foreign Limited Liability Company; CORTLAND APARTMENTS PARTNERSHIP, LLC, a Domestic Limited Liability Company; et al., | *(Assigned to The Honorable Timothy Ryan)* |
| Defendants. | |

22 **TO PLAINTIFF AND HIS RESPECTIVE ATTORNEY OF RECORD:**

23       PLEASE TAKE NOTICE that under 28 U.S.C. §1446(d), Defendants E Union Hills

24 AZ Partners, LLC and Cortland Management, LLC,[1] filed with the Clerk of the Court for

25 the United States District Court for the District of Arizona the attached Notice of Removal

26

---

27 [1] Plaintiff amended the Complaint to only list E Union Hills AZ Partners, LLC and Cortland

28 Management, LLC as defendants.

93563520.1

1 of the action pending in the Superior Court of the State of Arizona for the County of

2 Maricopa entitled *Dedrick Lavergne v. Pinnacle Apts, LLC, dba Courtland Desert Ridge; E*

3 *Union Hills AZ Partners, LLC dba Courtland Desert Ridge, et al.*, Case No. CV2022-

4 007544 to the United States District Court for the District of Arizona. (Exhibit A). As a

5 result, this Court is divested of jurisdiction and must stop all proceedings unless and until

6 the case is remanded.  28 U.S. Code § 1446(d).

7   DATED this 21st day of April, 2023.

8        **LEWIS BRISBOIS BISGAARD & SMITH LLP**

10

11     By: /s/ *Eric L. Cook*
            Sean P. Healy

12            Eric L. Cook
            *Attorneys for Defendants E Union Hills*

13            *AZ Partners, LLC, and Cortland*
            *Management, LLC*

14

15 E-filed this 21st day of April, 2023, with
  The Maricopa County Superior Court

16 COPY e-mailed this 21st day of April, 2023, to:

17 Mark P. Breyer
  Edward M. Ladley

18 BREYER LAW OFFICES, P.C.
  3840 East Ray Road

19 Phoenix, AZ 85044
  minutes@breyerlaw.com

20 edward@breyerlaw.com
  *Attorneys for Plaintiff*

21

22 /s/ *Laura M. Nagelkirk*

23 37986-7055

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

93563520.1       2

# EXHIBIT B

# EXHIBIT B

# In the Superior Court of the State of Arizona
# In and For the County of Maricopa

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
6/13/2022 1:57:45 PM
Filing ID 14428660

**Plaintiff's Attorneys:**

Mark P Breyer
Bar Number: 016862, issuing State: AZ
Law Firm: Breyer Law Offices
3840 E. Ray Road
Phoenix, AZ 85044
Telephone Number: (480)387-5747
Email address: christina@breyerlaw.com

CV2022-007544

Edward M. Ladley - Primary Attorney
Bar Number: 018829, issuing State: AZ
Law Firm: Breyer Law Offices
Telephone Number: (480)387-5747

**Plaintiff:**

Dedrick Lavergne
3840 E. Ray Road
Phoenix, AZ 85044
Telephone Number: (480)387-5747
Email address: christina@breyerlaw.com

**Defendants:**

Pinnacle Apartments SPE, LLC
8825 N 23rd Ave, Suite 100
Phoenix, AZ 85021

Cortland Apartments Partnership, LLC
HOOPES, ADAMS & SCHARBER 2410 W. RAY RD. Suite 1
Chandler, AZ 85224

Cortland Desert Ridge
4750 E. Union Hills Drivev
Phoenix, AZ 85050

Discovery Tier t3

Case Category: Tort Non-Motor Vehicle
Case Subcategory: Premises Liability

AZTurboCourt.gov Form Set #6903415

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
6/13/2022 1:57:45 PM
Filing ID 14428659

Mark P. Breyer (Bar No. 016862)
Edward M. Ladley (Bar No. 018829)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
480-387-5747
minutes@breyerlaw.com

Attorneys for Plaintiff

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| Dedrick Lavergne, an individual, | No.   CV2022-007544 |
| vs. | **COMPLAINT** |
| PINNACLE APARTMENTS SPE, LLC dba CORTLAND DESERT RIDGE, a foreign Limited Liability Company; CORTLAND APARTMENTS PARTNERSHIP LLC, a Domestic Limited Liability Company, JOHN and JANE DOES 1-5; ABC COMPANIES 1-5; ABC CORPORATIONS 1-5, | **(Tort - Premise)** |
| Defendants. | |

Plaintiff, Dedrick Lavergne, by and through undersigned counsel, for his complaint against the Defendants named herein alleges as follows:

1.     Plaintiff Dedrick Lavergne was, at all times relevant to this action, a resident of Maricopa County, Arizona.  At the time of the incident described herein, Plaintiff was married and continues to be married at this time.

1

2.      Defendant Pinnacle Apartments, SPE, LLC dba Cortland Desert Ridge is a foreign Limited Liability Company doing business in Maricopa County, Arizona.

3.      Defendant Cortland Apartments Partnership, LLC, is a domestic limited liability company doing business in Maricopa County, Arizona.

4.      John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities whose conduct, true names and identities are unknown at this time.  Plaintiff requests leave to amend this pleading when that information is discovered.

5.      The acts and omissions complained of herein occurred in Maricopa County, Arizona, within the jurisdiction of this Court.

6.      Jurisdiction and venue are appropriate in this Court.  The amount in controversy exceeds the minimal jurisdictional limits of this Court.

7.      On or about June 29, 2021, Defendant Pinnacle Apartments, SPE, LLC dba Cortland Desert Ridge and/or Cortland Apartments Partnership, LLC, hired Blue On Electric Company and/or BG/InStaff Personnel, LLC for an electrical repair project at Cortland Desert Ridge, an apartment community located at 4750 East Union Hills Drive in Phoenix, Arizona ("the project").

8.      On or about June 29, 2021, Plaintiff Dedrick Lavergne was working with Blue On Electric Company and/or BG/InStaff Personnel, LLC, as a technician on the project.

9.      As part of his assigned work at the project, Plaintiff Dedrick Lavergne was to disconnect the 240 volt power going into the HVAC units in order to have the Freon replaced in the units.  When Plaintiff Dedrick Lavergne pulled on the switch to the disconnect box, he received an electric shock going from his hand up through his left eye and also down and through his rectum.  Plaintiff Dedrick Lavergne has permanent vision loss in his left eye, in addition to other injuries, as a result of this incident.

2

10.     The Defendants, and each of them, negligently created an unsafe condition related to the HVAC electrical system and/or disconnect box.  The Defendants knew or should have known that they created or allowed to exist a hazardous and dangerous situation in which a member of the general public could be injured as a result.

11.     The condition of the project, the instrumentalities utilized at the project, as well as the supervision provided and/or instruction given by the Defendants related to the project on June 29, 2021, were the result of negligence, carelessness, and recklessness of all the Defendants, their agents, servants and/or employees.

12.     Upon information and belief, the Defendants and each of them, were aware of and had both actual and constructive notice of the work site conditions, the instrumentalities utilized to perform the work at the project, as well as, the supervision provided and/or instruction given at the project, but at all times failed to take any measures to notify and/or warn Dedrick Lavergne and the general public, as well as other subcontractors, of the dangerous worksite conditions, and dangerous instrumentalities utilized to perform the work at the site which caused the incident that led to the injuries sustained by Dedrick Lavergne.

13.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for pain, discomfort, suffering, disability, emotional stress and anxiety.

14.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne, suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for permanent scarring and disfigurement.

15.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has incurred reasonable expenses of necessary

3

medical care, treatment and services rendered and such expenses are reasonably probable to be incurred in the future.

16.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has lost earnings to date and will experience a decrease in earning power or capacity reasonably probable to occur in the future as well as other special/economic damages, past and future.

17.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has sustained and will sustain to a reasonable probability in the future, physical, emotional, and other financial losses.

18.     As a direct and proximate result of the negligence, carelessness, and failures and omissions by the Defendants, and each of them, Dedrick Lavergne suffered a loss of consortium that includes, but is not limited to: loss of society; loss of affection; loss of assistance; and/or loss of marital relations.

19.     Defendants' conduct, and each of them, of maintaining the premises in an extremely dangerous and hazardous condition showing a conscious disregard for the health, welfare, and safety of others was a direct and proximate cause of the incident that resulted in severe injuries to Dedrick Lavergne.

20.     Defendants' conduct, and each of them, constitutes extreme and outrageous conduct that displays a conscious disregard for the safety of others such that a jury may award punitive damages against Defendants.

21.     Plaintiff claims that the damages in this matter meet the criteria for Tier 3 as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure.

**WHEREFORE**, Dedrick Lavergne prays for judgment against the Defendants as follows:

A.     For general compensatory damages in a just and reasonable amount;

4

B.    For the reasonable value of special damages incurred to date and those that will be incurred in the future for reasonable and necessary medical care;

C.    For the reasonable value of special damages incurred to date and those that will be incurred in the future for lost earnings or wages and future lost earnings or wages;

D.    For out of pocket expenses incurred;

E.    For loss of consortium;

F.    For punitive damages in an amount to be proven at trial;

G.    For court costs incurred; and

H.    For such other and further relief as the Court deems just and proper.

Dated:  June 13, 2022

**BREYER LAW OFFICES, P.C.**

Mark P. Breyer
Edward M. Ladley
3840 East Ray Road
Phoenix, Arizona  85044
Attorneys for Plaintiff

211331

5

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
6/21/2022 4:22:51 PM
Filing ID 14466678

Mark P. Breyer (Bar No. 016862)
Edward M. Ladley (Bar No. 018829)
BREYER LAW OFFICES, P.C.
3840 East Ray Road
Phoenix, Arizona 85044
480-387-5747
minutes@breyerlaw.com

Attorneys for Plaintiff

# SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| Dedrick Lavergne, an individual, | No. CV2022-007544 |
| vs. | |
| PINNACLE APTS, LLC dba CORTLAND DESERT RIDGE; E UNION HILLS AZ PARTNERS, LLC, dba CORTLAND DESERT RIDGE; PURE PINNACLE APTS, LLC dba CORTLAND DESERT RIDGE; PINNACLE APARTMENTS SPE, LLC dba CORTLAND DESERT RIDGE, a foreign Limited Liability Company; CORTLAND APARTMENTS PARTNERSHIP LLC, a Domestic Limited Liability Company, JOHN and JANE DOES 1-5; ABC COMPANIES 1-5; ABC CORPORATIONS 1-5, | **AMENDED COMPLAINT** **(Tort - Premise)** |
| Defendants. | |

1

1        Plaintiff, Dedrick Lavergne, by and through undersigned counsel, for his complaint

2 against the Defendants named herein alleges as follows:

3        1.     Plaintiff Dedrick Lavergne was, at all times relevant to this action, a

4 resident of Maricopa County, Arizona.  At the time of the incident described herein,

5 Plaintiff was married and continues to be married at this time.

6        2.     Defendant Pinnacle Apartments, SPE, LLC dba Cortland Desert Ridge is a

7 foreign Limited Liability Company doing business in Maricopa County, Arizona.

8        3.     Defendant Cortland Apartments Partnership, LLC, is a domestic limited

9 liability company doing business in Maricopa County, Arizona.

10        4.     Defendant Pinnacle Apts, LLC dba Cortland Desert Ridge is a foreign

11 Limited Liability Company doing business in Maricopa County, Arizona.

12        5.     Defendant E Union Hills AZ Partners, LLC dba Cortland Desert Ridge is

13 a foreign Limited Liability Company doing business in Maricopa County, Arizona.

14        6.     Defendant Pure Pinnacle Apts, LLC dba Cortland Desert Ridge is a foreign

15 Limited Liability Company doing business in Maricopa County, Arizona.

16        7.     John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities

17 whose conduct, true names and identities are unknown at this time.  Plaintiff requests

18 leave to amend this pleading when that information is discovered.

19        8.     The acts and omissions complained of herein occurred in Maricopa County,

20 Arizona, within the jurisdiction of this Court.

21        9.     Jurisdiction and venue are appropriate in this Court.  The amount in

22 controversy exceeds the minimal jurisdictional limits of this Court.

23        10.    On or about June 29, 2021, Defendant Pinnacle Apartments, SPE, LLC dba

24 Cortland Desert Ridge and/or Cortland Apartments Partnership, LLC, and/or Defendant

25 Pinnacle Apts, LLC dba Cortland Desert Ridge, and/or Defendant E Union Hills AZ

26 Partners, LLC dba Cortland Desert Ridge, and/or Defendant Pure Pinnacle Apts, LLC

dba Cortland Desert Ridge hired Blue On Electric Company and/or BG/InStaff Personnel, LLC for an electrical repair project at Cortland Desert Ridge, an apartment community located at 4750 East Union Hills Drive in Phoenix, Arizona ("the project").

11.    On or about June 29, 2021, Plaintiff Dedrick Lavergne was working with Blue On Electric Company and/or BG/InStaff Personnel, LLC, as a technician on the project.

12.    As part of his assigned work at the project, Plaintiff Dedrick Lavergne was to disconnect the 240 volt power going into the HVAC units in order to have the Freon replaced in the units.  When Plaintiff Dedrick Lavergne pulled on the switch to the disconnect box, he received an electric shock going from his hand up through his left eye and also down and through his rectum.  Plaintiff Dedrick Lavergne has permanent vision loss in his left eye, in addition to other injuries, as a result of this incident.

13.    The Defendants, and each of them, negligently created an unsafe condition related to the HVAC electrical system and/or disconnect box.  The Defendants knew or should have known that they created or allowed to exist a hazardous and dangerous situation in which a member of the general public could be injured as a result.

14.    The condition of the project, the instrumentalities utilized at the project, as well as the supervision provided and/or instruction given by the Defendants related to the project on June 29, 2021, were the result of negligence, carelessness, and recklessness of all the Defendants, their agents, servants and/or employees.

15.    Upon information and belief, the Defendants and each of them, were aware of and had both actual and constructive notice of the work site conditions, the instrumentalities utilized to perform the work at the project, as well as, the supervision provided and/or instruction given at the project, but at all times failed to take any measures to notify and/or warn Dedrick Lavergne and the general public, as well as other subcontractors, of the dangerous worksite conditions, and dangerous instrumentalities

3

utilized to perform the work at the site which caused the incident that led to the injuries sustained by Dedrick Lavergne.

16.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for pain, discomfort, suffering, disability, emotional stress and anxiety.

17.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne, suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for permanent scarring and disfigurement.

18.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has incurred reasonable expenses of necessary medical care, treatment and services rendered and such expenses are reasonably probable to be incurred in the future.

19.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has lost earnings to date and will experience a decrease in earning power or capacity reasonably probable to occur in the future as well as other special/economic damages, past and future.

20.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has sustained and will sustain to a reasonable probability in the future, physical, emotional, and other financial losses.

21.     As a direct and proximate result of the negligence, carelessness, and failures and omissions by the Defendants, and each of them, Dedrick Lavergne suffered a loss of consortium that includes, but is not limited to: loss of society; loss of affection; loss of assistance; and/or loss of marital relations.

4

22.    Defendants' conduct, and each of them, of maintaining the premises in an extremely dangerous and hazardous condition showing a conscious disregard for the health, welfare, and safety of others was a direct and proximate cause of the incident that resulted in severe injuries to Dedrick Lavergne.

23.    Defendants' conduct, and each of them, constitutes extreme and outrageous conduct that displays a conscious disregard for the safety of others such that a jury may award punitive damages against Defendants.

24.    Plaintiff claims that the damages in this matter meet the criteria for Tier 3 as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure.

**WHEREFORE**, Dedrick Lavergne prays for judgment against the Defendants as follows:

A.    For general compensatory damages in a just and reasonable amount;

B.    For the reasonable value of special damages incurred to date and those that will be incurred in the future for reasonable and necessary medical care;

C.    For the reasonable value of special damages incurred to date and those that will be incurred in the future for lost earnings or wages and future lost earnings or wages;

D.    For out of pocket expenses incurred;

E.    For loss of consortium;

F.    For punitive damages in an amount to be proven at trial;

G.    For court costs incurred; and

H.    For such other and further relief as the Court deems just and proper.

5

Dated:  June 21, 2022

**BREYER LAW OFFICES, P.C.**



Mark P. Breyer
Edward M. Ladley
3840 East Ray Road
Phoenix, Arizona  85044
Attorneys for Plaintiff

211331

6

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
6/13/2022 1:57:45 PM
Filing ID 14428662

Person/Attorney Filing: Mark P Breyer
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)387-5747
E-Mail Address: christina@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016862, Issuing State: AZ

### IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
### IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Dedrick Lavergne<br>Plaintiff(s),<br>v.<br>Pinnacle Apartments SPE, LLC, et al.<br>Defendant(s). | Case No.  **CV2022-007544**<br><br>**SUMMONS** |

To: Pinnacle Apartments SPE, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #6904415

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of MARICOPA

SIGNED AND SEALED this Date: *June 13, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6903415

2

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
6/13/2022 1:57:45 PM
Filing ID 14428662

Person/Attorney Filing: Mark P Breyer
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)387-5747
E-Mail Address: christina@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016862, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Dedrick Lavergne<br>Plaintiff(s),<br>v.<br>Pinnacle Apartments SPE, LLC, et al.<br>Defendant(s). | Case No. **CV2022-007544**<br><br>**SUMMONS** |

To: Pinnacle Apartments SPE, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS. READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to <u>Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.</u>
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 13, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
6/13/2022 1:57:45 PM
Filing ID 14428661

Person/Attorney Filing: Mark P Breyer
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)387-5747
E-Mail Address: christina@breyerlaw.com
[ □ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016862, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

| | |
|---|---|
| Dedrick Lavergne<br>Plaintiff(s),<br>v.<br>Pinnacle Apartments SPE, LLC, et al.<br>Defendant(s). | Case No. **CV2022-007544**<br><br>**CERTIFICATE OF COMPULSORY ARBITRATION** |

I certify that I am aware of the dollar limits and any other limitations set forth by the Local Rules of Practice for the Maricopa County Superior Court, and I further certify that this case IS NOT subject to compulsory arbitration, as provided by Rules 72 through 77 of the Arizona Rules of Civil Procedure.


RESPECTFULLY SUBMITTED this


By: Mark P Breyer /s/
    **Plaintiff/Attorney for Plaintiff**

AZTurboCourt.gov Form Set #6903415

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
6/13/2022 1:57:45 PM
Filing ID 14428663

Person/Attorney Filing: Mark P Breyer
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)387-5747
E-Mail Address: christina@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016862, Issuing State: AZ

## IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

Dedrick Lavergne
Plaintiff(s),

v.

Pinnacle Apartments SPE, LLC, et al.
Defendant(s).

Case No. **CV2022-007544**

**SUMMONS**

To: Cortland Apartments Partnership, LLC

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an Answer in writing with the Court, and you must pay the required filing fee. To file your Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson, Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top of this Summons.
Note: If you do not file electronically you will not have electronic access to the documents in this case.

3. If this Summons and the other court papers were served on you within the State of Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the date of service, not counting the day of service. If this Summons and the other court papers were served on you outside the State of Arizona, your Answer must be filed within THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of service.

AZturboCourt.gov Form Set #6903415

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 13, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6903415

2

Clerk of the Superior Court
*** Electronically Filed ***
C. Cuellar, Deputy
6/13/2022 1:57:45 PM
Filing ID 14428664

Person/Attorney Filing: Mark P Breyer
Mailing Address: 3840 E. Ray Road
City, State, Zip Code: Phoenix, AZ 85044
Phone Number: (480)387-5747
E-Mail Address: christina@breyerlaw.com
[ ] Representing Self, Without an Attorney
(If Attorney) State Bar Number: 016862, Issuing State: AZ

IN THE SUPERIOR COURT OF THE STATE OF ARIZONA
IN AND FOR THE COUNTY OF MARICOPA

Dedrick Lavergne
Plaintiff(s),                                    Case No.  CV2022-007544

v.

Pinnacle Apartments SPE, LLC, et                 **SUMMONS**
al.
Defendant(s).

To: Cortland Desert Ridge

**WARNING: THIS AN OFFICIAL DOCUMENT FROM THE COURT THAT
AFFECTS YOUR RIGHTS.  READ THIS SUMMONS CAREFULLY. IF YOU DO
NOT UNDERSTAND IT, CONTACT AN ATTORNEY FOR LEGAL ADVICE.**

1. A lawsuit has been filed against you. A copy of the lawsuit and other court papers were
   served on you with this Summons.

2. If you do not want a judgment taken against you without your input, you must file an
   Answer in writing with the Court, and you must pay the required filing fee. To file your
   Answer, take or send the papers to Clerk of the Superior Court, 201 W. Jefferson,
   Phoenix, Arizona 85003 or electronically file your Answer through one of Arizona's
   approved electronic filing systems at http://www.azcourts.gov/efilinginformation.
   Mail a copy of the Answer to the other party, the Plaintiff, at the address listed on the top
   of this Summons.
   Note: If you do not file electronically you will not have electronic access to the documents
   in this case.

3. If this Summons and the other court papers were served on you within the State of
   Arizona, your Answer must be filed within TWENTY (20) CALENDAR DAYS from the
   date of service, not counting the day of service. If this Summons and the other court papers
   were served on you outside the State of Arizona, your Answer must be filed within
   THIRTY (30) CALENDAR DAYS from the date of service, not counting the day of
   service.

AZTurboCourt.gov Form Set #6903415

Requests for reasonable accommodation for persons with disabilities must be made to the court by parties at least 3 working days in advance of a scheduled court proceeding.

GIVEN under my hand and the Seal of the Superior Court of the State of Arizona in and for the County of  MARICOPA

SIGNED AND SEALED this Date: *June 13, 2022*

*JEFF FINE*
Clerk of Superior Court

By: *CECILIA CUELLAR*
Deputy Clerk



Requests for an interpreter for persons with limited English proficiency must be made to the division assigned to the case by the party needing the interpreter and/or translator or his/her counsel at least ten (10) judicial days in advance of a scheduled court proceeding.

If you would like legal advice from a lawyer, contact Lawyer Referral Service at 602-257-4434 or https://maricopabar.org. Sponsored by the Maricopa County Bar Association.

AZturboCourt.gov Form Set #6803415

2

| Attorney or Party without Attorney: | | | | For Court Use Only |
|---|---|---|---|---|
| MARK P. BREYER (SBN 016862)<br>BREYER LAW OFFICES, P.C.<br>3840 EAST RAY ROAD<br>PHOENIX, AZ 85044<br>*Telephone No:* (480) 505-2160 | | | | *SUPERIOR COURT*<br>*For Court Use Only* THE<br>*FILED*<br>A. RODRIGUEZ, DEP<br>2022 JUL 29 AM 11: 26 |
| *Attorney For:* Plaintiff | | *Ref. No. or File No.:* 211331 LAVERGNE | | |

| Insert name of Court, and Judicial District and Branch Court: |
|---|
| MARICOPA COUNTY SUPERIOR COURT |

| *Plaintiff:* | DEDRICK LAVERGNE, AN INDIVIDUAL, |
|---|---|
| *Defendant:* | PINNACLE APTS, LLC DBA CORTLAND DESERT RIDGE; E UNION HILLS AZ PARTNERS, LLC, ET. AL. |

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV2022-007544 |
|---|---|---|---|---|

1. *At the time of service I was at least 21 years of age and not a party to this action.*

2. I served copies of the
   SUMMONS; AMENDED COMPLAINT; COMPLAINT; CERTIFICATE OF COMPULOSRY ARBITRATION

3.   *a.  Party served:*    E UNION HILLS AZ PARTNERS., LLC DBA CORTLAND DESERT RIDGE
     *b.  Person served:*  Valjeana Begay - Service of Process Coordinator for CSC as Statutory Agent

4. *Address where the party was served:*  8825 N. 23RD AVENUE 100, PHOENIX, AZ 85021

5. *I served the party:*
     a. by substituted service.   On: Thu, Jul 28 2022 at: 01:01 PM by leaving the copies with or in the presence of:
                           Valjeana Begay - Service of Process Coordinator for CSC as Statutory Agent , Native American , Female , Age: 32 , Hair:
                           Black , Eyes: Brown , Height: 5'9" , Weight: 200 , Description: Glasses .

      (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

   Service: $30.00, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $40.00

                                     I Declare under penalty of perjury under the laws of the State of
                                     Arizona that the foregoing is true and correct.

6. *Person Executing:*
     *a.* Eric Henningsen MC-7129, Maricopa County;
     *b.* FIRST LEGAL
        3737 North 7th. Street Suite 209
        PHOENIX, AZ 85014
     *c.* (602) 248-9700

                                       07/28/2022
                                        (Date)                                        (Signature)

7. *STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this 28 day of July, 2022 by
   Eric Henningsen (MC-7129, Maricopa County) proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

                                                                   (Notary Signature)





ANGELITA ZUNIGA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 565798
MY COMMISSION EXPIRES
DECEMBER 05, 2022

AFFIDAVIT OF
SERVICE

7428818
(10479320)

| *Attorney or Party without Attorney:*<br>MARK P. BREYER (SBN 016862)<br>BREYER LAW OFFICES, P.C.<br>3840 EAST RAY ROAD<br>PHOENIX , AZ 85044<br>*Telephone No:*  (480) 505-2160 | | | | *For Court Use Only*<br>SUPERIOR COURT<br>FILED<br>A. RODRIGUEZ, DEP<br>2022 JUL 29 AM 11: 26 |
|---|---|---|---|---|
| *Attorney For:*  Plaintiff | | *Ref. No. or File No.:*  211331 LAVERGNE | | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>MARICOPA COUNTY SUPERIOR COURT | | | | |
| *Plaintiff:*  DEDRICK LAVERGNE, AN INDIVIDUAL,<br>*Defendant:*  PINNACLE APTS, LLC DBA CORTLAND DESERT RIDGE; E UNION HILLS AZ PARTNERS, LLC,<br>ET. AL. | | | | |
| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV2022-007544 |

1.  *At the time of service I was at least 21 years of age and not a party to this action.*

2.  I served copies of the
    SUMMONS; AMENDED COMPLAINT; COMPLAINT; CERTIFICATE OF COMPULOSRY ARBITRATION

3.  *a.  Party served:*     PINNACLE APTS, LLC DBA CORTLAND DESERT RIDGE
    *b.  Person served:*   Valjeana Begay - Service of Process Coordinator for CSC as Statutory Agent

4.  *Address where the party was served:*    8825 N. 23RD AVENUE 100, PHOENIX, AZ 85021

5.  *I served the party:*
    a. by substituted service.   On: Thu, Jul 28 2022 at 01:01 PM by leaving the copies with or in the presence of:
    Valjeana Begay - Service of Process Coordinator for CSC as Statutory Agent , Native American , Female , Age: 32 , Hair:
    Black , Eyes: Brown , Height: 5'9" , Weight: 200 , Description: Glasses .

    (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.)


    Service: $30.00, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $40.00

                                                                I Declare under penalty of perjury under the laws of the State of
                                                                Arizona that the foregoing is true and correct.

6.  *Person Executing:*
    *a.* Eric Henningsen MC-7129, Maricopa County;
    **b.** FIRST LEGAL
       3737 North 7th. Street Suite 209
       PHOENIX, AZ 85014
    c. (602) 248-9700

    _____                _____
           07/28/2022                                  *Eric H⌇⌇⌇*
    _____                _____
            *(Date)*                                  *(Signature)*


7.  *STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this* 28 *day of* July, 2022 *by*
    *Eric Henningsen (MC-7129, Maricopa County) proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

                                                            _____
                                                                *(Notary Signature)*



                                    AFFIDAVIT OF
                                       SERVICE



ANGELITA ZUNIGA<br>NOTARY PUBLIC - ARIZONA<br>MARICOPA COUNTY<br>COMMISSION # 555798<br>MY COMMISSION EXPIRES<br>DECEMBER 05, 2022

                                                                          7428937
                                                                         (10479322)

| Attorney or Party without Attorney:<br>MARK P. BREYER (SBN 016862)<br>BREYER LAW OFFICES, P.C.<br>3840 EAST RAY ROAD<br>PHOENIX, AZ 85044<br>*Telephone No:* (480) 505-2160 | | | | FOR COURT USE ONLY<br>SUPERIOR COURT<br>FILED<br>A. RODRIGUEZ, DEP<br>2022 JUL 29 AM 11: 26 |
|---|---|---|---|---|
| *Attorney For:* Plaintiff | | *Ref. No. or File No.:* 211331 LAVERGNE | | |
| Insert name of Court, and Judicial District and Branch Court:<br>MARICOPA COUNTY SUPERIOR COURT | | | | |
| *Plaintiff:* DEDRICK LAVERGNE, AN INDIVIDUAL,<br>*Defendant:* PINNACLE APTS, LLC DBA CORTLAND DESERT RIDGE; E UNION HILLS AZ PARTNERS, LLC,<br>ET. AL. | | | | |
| **AFFIDAVIT OF SERVICE** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>CV2022-007544 |

1. *At the time of service I was at least 21 years of age and not a party to this action.*

2. I served copies of the
   SUMMONS; AMENDED COMPLAINT; COMPLAINT; CERTIFICATE OF COMPULOSRY ARBITRATION

3. a. *Party served:* PURE PINNACLE APTS LLC DBA CORTLAND DESERT RIDGE
   b. *Person served:* Valjeana Begay - Service of Process Coordinator for CSC as Statutory Agent

4. *Address where the party was served:* 8825 N. 23RD AVENUE 100, PHOENIX, AZ 85021

5. I served the party:
   a. by substituted service.   On: Thu, Jul 28 2022 at: 01:01 PM by leaving the copies with or in the presence of:
   Valjeana Begay - Service of Process Coordinator for CSC as Statutory Agent , Native American , Female , Age: 32 , Hair:
   Black , Eyes: Brown , Height: 5'9" , Weight: 200 , Description: Glasses .

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

   Service: $30.00, Mileage: $0.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $40.00

   I Declare under penalty of perjury under the laws of the State of
   Arizona that the foregoing is true and correct.

6. *Person Executing:*
   a. Eric Henningsen MC-7129, Mariccpa County;
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

   _____07/28/2022_____        _____Eric H_____
   (Date)                          (Signature)

7. *STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this 28 day of July, 2022 by*
   *Eric Henningsen (MC-7129, Maricopa County) proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

   _____Angelita Zuniga_____
   (Notary Signature)



AFFIDAVIT OF
SERVICE



ANGELITA ZUNIGA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 565758
MY COMMISSION EXPIRES
DECEMBER 05, 2022

7428947
(10479323)

| Attorney or Party without Attorney:<br>MARK P. BREYER (SBN 016862)<br>BREYER LAW OFFICES, P.C.<br>3840 EAST RAY ROAD<br>PHOENIX, AZ 85044<br>*Telephone No:* (480) 505-2160 | | For Court Use Only<br>*Filed*<br>SUPERIOR COURT<br>FILED<br>A. RODRIGUEZ, DEP<br>2022 JUL 29 AM 11: 26 |
|---|---|---|
| *Attorney For:* Plaintiff | *Ref. No. or File No.:* 211331 LAVERGNE | |

| Insert name of Court, and Judicial District and Branch Court:<br>MARICOPA COUNTY SUPERIOR CCURT |
|---|

| Plaintiff: DEDRICK LAVERGNE, AN INDIVIDUAL,<br>Defendant: PINNACLE APTS, LLC DBA CORTLAND DESERT RIDGE; E UNION HILLS AZ PARTNERS, LLC,<br>ET. AL. |
|---|

| AFFIDAVIT OF SERVICE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>CV2022-007544 |
|---|---|---|---|---|

1. *At the time of service I was at least 21 years of age and not a party to this action.*

2. I served copies of the
   SUMMONS; AMENDED COMPLA NT; COMPLAINT; CERTIFICATE OF COMPULOSRY ARBITRATION

3. *a. Party served:* PINNACLE APARTMENTS SPE, DBA CORTLAND DESERT RIDGE
   *b. Person served:* Valjeana Begay - Service of Process Coordinator for ACCUSEARCH INC as Statutory Agent

4. *Address where the party was served:* 8825 N. 23RD AVENUE 100, PHOENIX, AZ 85021

5. *I served the party:*
   a. by substituted service.   On: Thu, Jul 28 2022 at: 01:01 PM by leaving the copies with or in the presence of:
   Valjeana Begay - Service of Process Coordinator for ACCUSEARCH INC as Statutory Agent , Native American , Female ,
   Age: 32 , Hair: Black , Eyes: Brown , Height: 5'9" , Weight: 200 , Description: Glasses .

   (a) ( Person of suitable age and discretion. Informed him or her of the general nature of the papers.

   Service: $102.55, Mileage: $24.00, Affidavit: $10.00, Wait: $0.00, Fees Advanced: $0.00, Total: $136.55

   I Declare under penalty of perjury under the laws of the State of
   Arizona that the foregoing is true and correct.

6. *Person Executing:*
   *a.* Eric Henningsen MC-7129, Maricopa County;
   b. FIRST LEGAL
      3737 North 7th. Street Suite 209
      PHOENIX, AZ 85014
   c. (602) 248-9700

   _____          Eric H~~~~
   07/28/2022
   _____          _____
   *(Date)*                          *(Signature)*

7. *STATE OF ARIZONA, COUNTY OF MARICOPA Subscribed and sworn to (or affirmed) before on this 28 day of July, 2022 by*
   *Eric Henningsen (MC-7129, Maricopa County) proved to me on the basis of satisfactory evidence to be the person who appeared before me.*

   Angelita Zuniga
   _____
   *(Notary Signature)*



AFFIDAVIT OF
SERVICE



ANGELITA ZUNIGA
NOTARY PUBLIC - ARIZONA
MARICOPA COUNTY
COMMISSION # 555798
MY COMMISSION EXPIRES
DECEMBER 05, 2022

7428960
(10479324)

CLERK OF THE
SUPERIOR COURT
FILED
A. MITTELSTAEDT, DEP

**22 JUN 17  PM 1:45**

L2 Professional Attorney Support Services
P.O. Box 4426
Phoenix, AZ 85030
602-423-9172

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

**Dedrick Lavergne**
    Plaintiff / Petitioner                         Case #  <u>CV2022-007544</u>

**vs**

**Pinnacle Apartments SPE, LLC, et al**
    Defendant / Respondent

                                                 **CERTIFICATE OF SERVICE**

<u>**Leslie Salinas**</u>            , the undersigned certifies under the penalty of perjury; That I am fully qualified to serve process in this case within the county in which it was served, having been so appointed by the court and have received for service the following documents in this action: **Summons; Complaint; Certificate of Compulsory Arbitration**

from:    <u>**The Husband & Wife Law Team**</u>         on    <u>**6/15/2022**</u>
that I personally served copies of these documents on those named below in the manner and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**    **Pinnacle Apartments SPE, LLC**
             **c/o Accusearch Inc. stat agent**

**DATE & TIME**    6/16/2022 at 11:15 am
**PLACE &**            8825 N 23rd Ave #100, Phoenix, AZ - usual place of business
**MANNER:**       By **Personally** Serving, **Valjeana Begay**, a person authorized to accept
                  such service on their behalf

**Statement of Costs**

| | | |
|---|---|---|
| Service | $ | 85.00 |
| Mileage | $ | - |
| Rush | $ | |
| Mileage 2 | $ | |
| Witness | $ | |
| Advances | $ | |
| Cert. Prep | $ | - |
| Other | $ | |
| **TOTAL** | **$** | **85.00** |

Registered Process Server in
Maricopa County

The above is covered by A.R.S. as amended 41-413 & 11-45 and rules 4,5, and 45

CLERK OF THE
SUPERIOR COURT
FILED
Jvoo0 , DEP

**22 JUN 17 PM 1: 05**

**L2 Professional Attorney Support Services**
P.O. Box 4426
Phoenix, AZ 85030
602-423-9172

## IN THE SUPERIOR COURT FOR THE STATE OF ARIZONA
## IN AND FOR THE COUNTY OF MARICOPA

**Dedrick Lavergne**
     Plaintiff / Petitioner

Case #  **CV2022-007544**

**vs**

**Pinnacle Apartments SPE, LLC, et al**
     Defendant / Respondent

**CERTIFICATE OF SERVICE**

_____

**Lisa White**_____, the undersigned certifies under the penalty of perjury; That I am fully qualified to serve process in this case within the county in which it was served, having been so appointed by the court and have received for service the following documents in this action: **Summons; Complaint; Certificate of Compulsory Arbitration**

from:   **The Husband & Wife Law Team**_____  on   **6/15/2022**_____
that I personally served copies of these documents on those named below in the manner and place shown; and except where noted, all services were made in Maricopa County, Arizona.

**NAME:**    **Cortland Apartments Partnership, LLC**
           **c/o Hoopes. Adams & Scharber, PLC, stat agent**

**DATE & TIME**    6/16/2022 at 12:55 pm
**PLACE &**       2410 W Ray Rd #1, Chandler, AZ - usual place of business
**MANNER:**      By **Personally** Serving, **Yolanda Pittman**, a person authorized to accept
           such service on their behalf

**Statement of Costs**

| | | |
|---|---|---|
| Service | $ | 85.00 |
| Mileage | $ | - |
| Rush | $ | |
| Mileage 2 | $ | |
| Witness | $ | |
| Advances | $ | |
| Cert. Prep | $ | - |
| Other | $ | |
| **TOTAL** | **$** | **85.00** |

Registered Process Server in
Maricopa County

The above is covered by A.R.S. as amended 41-413 & 11-45 and rules 4,5, and 45

```
┌──────────────────────┐
│  Office Distribution  │
│                       │
│                       │
│                       │
└──────────────────────┘
```

# SUPERIOR COURT OF ARIZONA
# MARICOPA COUNTY

```
┌──────────────────────┐
│      **FILED**        │
│      01/18/2023       │
│ by Superior Court Admin│
│  on behalf of Clerk of the│
│    Superior Court     │
└──────────────────────┘
```

01/14/2023

**COURT ADMINISTRATION**

Ct. Admin
Deputy

**Case Number:** CV2022-007544

**Dedrick Lavergne**

**V.**

**Pinnacle Apartments S P E, L L C**

---

The Judge assigned to this action is the Honorable Timothy J Ryan

### NOTICE OF PLACEMENT ON THE DISMISSAL CALENDAR

Pursuant to Rule 38.1(d) of the Arizona Rules of Civil Procedure, the parties and counsel are notified that this case is being placed on the dismissal calendar on 1/18/23. This case will be dismissed **without further notice on** 03/20/2023 unless one of the following actions occurs prior to the date of dismissal:

1.  A Joint Report and Proposed Scheduling order is filed;
2.  A Comprehensive Pretrial Conference is set;
3.  A final judgment, notice of decision, arbitration award, or dismissal is entered; or
4.  A motion to continue on the dismissal calendar demonstrating good cause is filed and granted prior to the dismissal date.

See Rule 38.1(d)(2).

IT IS ORDERED placing this case on the dismissal calendar.

All documents required to be filed with the court should be electronically filed through Arizona Turbo Court at: www.azturbocourt.gov.

# Superior Court of Maricopa County - integrated Court Information System
## Endorsee Party Listing
Case Number: CV2022-007544

| Party Name | Attorney Name | |
|---|---|---|
| Dedrick Lavergne | Mark P Breyer | Bar ID: 016862 |

Clerk of the Superior Court
*** Electronically Filed ***
M. De La Cruz, Deputy
3/8/2023 2:48:08 PM
Filing ID 15650044

1   Mark P. Breyer, Esq. (Bar No. 016862)
2   Edward M. Ladley, Esq. (Bar No. 018829)
    **BREYER LAW OFFICES, P.C.**
3   Tel.: 3840 East Ray Road
    Phoenix, Arizona 85044
4   (480) 584-6224
5   minutes@breyerlaw.com

6   *Attorneys for Plaintiff*

7              **SUPERIOR COURT OF THE STATE OF ARIZONA**

8                         **COUNTY OF MARICOPA**

9

10  DEDRICK LAVERGNE, an individual,          Case No. CV2022-007544

11                   Plaintiff,

12  vs.                                       **MOTION TO ALLOW PLAINTIFF
                                              TO FILE SECOND AMENDED
13                                            COMPLAINT TO ADD AND
    PINNACLE    APTS,    LLC    dba           DISMISS CERTAIN DEFENDANTS
14  CORTLAND   DESERT   RIDGE;   E            AND AMEND CAPTION**
    UNION HILLS AZ PARTNERS, LLC,
15  dba  CORTLAND  DESERT  RIDGE;            *Assigned to the Hon. Timothy J. Ryan*
    PURE PINNACLE APTS, LLC dba
16  CORTLAND    DESERT    RIDGE;
    PINNACLE APARTMENTS SPE, LLC
17  dba CORTLAND DESERT RIDGE, a
    foreign  Limited  Liability  Company;
18  CORTLAND           APARTMENTS
    PARTNERSHIP    LLC,    a    Domestic
19  Limited Liability Company, JOHN and
    JANE DOES 1-5; ABC COMPANIES 1-
20  5; ABC CORPORATIONS 1-5

21

22

23                   Defendants.

24        Plaintiff, by and through undersigned counsel, pursuant to ARCP Rule 15(a)(2),

25  15(c), and 80(a), hereby moves the Court and requests that the Court allow Plaintiff to file

26  his Second Amended Complaint, to add and dismiss certain Defendants, and amend the

                                           1

Caption for the following reasons. After service of the First Amended Complaint was completed, Plaintiff's counsel and counsel for the defense met and conferred, and defense counsel was given an extension to answer in order to research and provide the correct party Defendants to be named in this action before filing an answer. Defense counsel has provided and confirmed this information, and so Plaintiff moves the Court to allow him to file a Second Amended Complaint in this action, as referenced below, and also requests to be allowed to add, correct and/or delete the following in the Second Amended Complaint:

1.      Correct proper name of any and/or all Cortland Desert Ridge and/or Cortland Apartments Defendants **to** Cortland Management, LLC;

2.      Correct proper name of Defendant E Union Hills AZ Partners, LLC dba Cortland Desert Ridge **to** E Union Hills AZ Partners, LLC, (DE) f/k/a Pinnacle Apts., LLC.

3.      Dismiss Pinnacle Apts, LLC dba Cortland Desert Ridge; Pure Pinnacle Apts, LLC dba Cortland Desert Ridge; Pinnacle Apartments SPE, LLC dba Cortland Desert Ridge; and Cortland Apartments Partnership, LLC **only**, without prejudice.

4.      Plaintiff may amend his Complaint to assert allegations related to and against the additional/correctly named Defendants to support his claims against the additional/correctly named Defendants.

5.      Upon signing the Order, the Caption shall be amended for all future pleadings to reflect the Caption of Plaintiff's Second Amended Complaint.

2

1        This Motion is made in good faith, and not done for the purpose of delay.  A copy

2   of the proposed Second Amended Complaint is attached hereto as **"Exhibit A."**

3        Dated:  March 8, 2023

4                                   **BREYER LAW OFFICES, P.C.**

5

6

7                         By: */s/ Edward M. Ladley*

                          Mark P. Breyer, Esq.

8                             Edward M. Ladley, Esq.

                          3840 East Ray Road

9                             Phoenix, Arizona 85044

                          *Attorneys for Plaintiff*

10

11  **ORIGINAL** of the foregoing e-filed

12  this 8th  day of March 2023, with:

13  Clerk of the Court

14  Maricopa County Superior Court

    101 W. Jefferson

15  Phoenix, AZ  85003

16

17  By: */s/ Reina Ortega*

      Paralegal

18  211331

19

20

21

22

23

24

25

26

                        3

# EXHIBIT A

Mark P. Breyer, Esq.  (Bar No. 016862)
Edward M. Ladley, Esq. (Bar No. 018829)
**BREYER LAW OFFICES, P.C.**
3840 East Ray Road
Phoenix, Arizona 85044
480-387-5747
minutes@breyerlaw.com

*Attorneys for Plaintiff*

## SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| DEDRICK LAVERGNE, an individual, | Case No. CV2022-007544 |
| Plaintiff, | |
| vs. | **SECOND AMENDED COMPLAINT** |
| E UNION HILLS AZ PARTNERS, LLC, (DE) f/k/a Pinnacle Apts., LLC, a foreign Limited Liability Company; CORTLAND MANAGEMENT, LLC, a foreign Limited Liability Company, JOHN and JANE DOES 1-5; ABC COMPANIES 1-5; ABC CORPORATIONS 1-5, | **(Tort - Premise)** |
| Defendants. | |

Plaintiff, Dedrick Lavergne, by and through undersigned counsel, for his Second Amended Complaint against the Defendants named herein alleges as follows:

1.      Plaintiff Dedrick Lavergne was, at all times relevant to this action, a resident of Maricopa County, Arizona.  At the time of the incident described herein, Plaintiff was married and continues to be married at this time.

1

2.     Defendant E Union Hills AZ Partners, LLC, (DE) f/k/a Pinnacle Apts., LLC is a foreign Limited Liability Company doing business in Maricopa County, Arizona.

3.     Defendant Cortland Management, LLC, is a foreign Limited Liability Company doing business in Maricopa County, Arizona.

4.     John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities whose conduct, true names and identities are unknown at this time.  Plaintiff requests leave to amend this pleading when that information is discovered.

5.     The acts and omissions complained of herein occurred in Maricopa County, Arizona, within the jurisdiction of this Court.

6.     Jurisdiction and venue are appropriate in this Court.  The amount in controversy exceeds the minimal jurisdictional limits of this Court.

7.     On or about June 29, 2021, Defendant E Union Hills AZ Partners, LLC, (DE) f/k/a Pinnacle Apts., LLC, and/or Defendant Cortland Management, LLC, hired Blue On Electric Company and/or BG/InStaff Personnel, LLC for an electrical repair project at Cortland Desert Ridge, an apartment community located at 4750 East Union Hills Drive in Phoenix, Arizona ("the project").

8.     On or about June 29, 2021, Plaintiff Dedrick Lavergne was working with Blue On Electric Company and/or BG/InStaff Personnel, LLC, as a technician on the project.

2

9.      As part of his assigned work at the project, Plaintiff Dedrick Lavergne was to disconnect the 240 volt power going into the HVAC units in order to have the Freon replaced in the units.   When Plaintiff Dedrick Lavergne pulled on the switch to the disconnect box, he received an electric shock going from his hand up through his left eye and also down and through his rectum.   Plaintiff Dedrick Lavergne has permanent vision loss in his left eye, in addition to other injuries, as a result of this incident.

10.      The Defendants, and each of them, negligently created an unsafe condition related to the HVAC electrical system and/or disconnect box.   The Defendants knew or should have known that they created or allowed to exist a hazardous and dangerous situation in which a member of the general public could be injured as a result.

11.      The condition of the project, the instrumentalities utilized at the project, as well as the supervision provided and/or instruction given by the Defendants related to the project on June 29, 2021, were the result of negligence, carelessness, and recklessness of all the Defendants, their agents, servants and/or employees.

12.      Upon information and belief, the Defendants and each of them, were aware of and had both actual and constructive notice of the work site conditions, the instrumentalities utilized to perform the work at the project, as well as, the supervision provided and/or instruction given at the project, but at all times failed to take any measures to notify and/or warn Dedrick Lavergne and the general public, as well as other subcontractors, of the dangerous worksite conditions, and dangerous instrumentalities

3

utilized to perform the work at the site which caused the incident that led to the injuries sustained by Dedrick Lavergne.

13.    As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for pain, discomfort, suffering, disability, emotional stress and anxiety.

14.    As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne, suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for permanent scarring and disfigurement.

15.    As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has incurred reasonable expenses of necessary medical care, treatment and services rendered and such expenses are reasonably probable to be incurred in the future.

16.    As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has lost earnings to date and will experience a decrease in earning power or capacity reasonably probable to occur in the future as well as other special/economic damages, past and future.

17.    As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has sustained and will sustain to a reasonable probability in the future, physical, emotional, and other financial losses.

4

18. As a direct and proximate result of the negligence, carelessness, and failures and omissions by the Defendants, and each of them, Dedrick Lavergne suffered a loss of consortium that includes, but is not limited to: loss of society; loss of affection; loss of assistance; and/or loss of marital relations.

19. Defendants' conduct, and each of them, of maintaining the premises in an extremely dangerous and hazardous condition showing a conscious disregard for the health, welfare, and safety of others was a direct and proximate cause of the incident that resulted in severe injuries to Dedrick Lavergne.

20. Defendants' conduct, and each of them, constitutes extreme and outrageous conduct that displays a conscious disregard for the safety of others such that a jury may award punitive damages against Defendants.

21. Plaintiff claims that the damages in this matter meet the criteria for Tier 3 as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure.

**WHEREFORE**, Dedrick Lavergne prays for judgment against the Defendants as follows:

A. For general compensatory damages in a just and reasonable amount;

B. For the reasonable value of special damages incurred to date and those that will be incurred in the future for reasonable and necessary medical care;

C. For the reasonable value of special damages incurred to date and those that will be incurred in the future for lost earnings or wages and future lost earnings or wages;

5

D.     For out of pocket expenses incurred;

E.     For loss of consortium;

F.     For punitive damages in an amount to be proven at trial;

G.     For court costs incurred; and

H.     For such other and further relief as the Court deems just and proper.

Dated:

                                      **BREYER LAW OFFICES, P.C.**

                                      Mark P. Breyer
                                      Edward M. Ladley
                                      3840 East Ray Road
                                      Phoenix, Arizona  85044
                                      Attorneys for Plaintiff

211331

Clerk of the Superior Court
*** Electronically Filed ***
K. Higuchi-Mason, Deputy
3/8/2023 3:11:22 PM
Filing ID 15650313

1   Mark P. Breyer, Esq. (Bar No. 016862)
2   Edward M. Ladley, Esq. (Bar No. 018829)
    **BREYER LAW OFFICES, P.C.**
3   3840 East Ray Road
    Phoenix, Arizona 85044
4   Tel.: (480) 584-6224
5   minutes@breyerlaw.com

6   *Attorneys for Plaintiff*

7            **SUPERIOR COURT OF THE STATE OF ARIZONA**

8                     **COUNTY OF MARICOPA**

9

10  | DEDRICK LAVERGNE, an individual, | Case No. CV2022-007544 |
    |---|---|

11                  Plaintiff,

12  vs.                                    | **PLAINTIFF'S EXPEDITED**
13                                         | **MOTION TO CONTINUE CASE**
    PINNACLE APTS, LLC and/or E UNION       | **ON THE DISMISSAL CALENDAR**
14  HILLS AZ PARTNERS, LLC, a foreign       |
    Limited    Liability    Company    dba  | *Assigned to the Hon. Timothy J.  Ryan*
15  CORTLAND      DESERT      RIDGE;        |
16  PINNACLE APARTMENTS SPE, LLC            |
    dba CORTLAND DESERT RIDGE, a            |
17  foreign   Limited   Liability   Company; |
    CORTLAND           APARTMENTS          |
18  PARTNERSHIP    LLC,    a    Domestic    |
19  Limited Liability Company, JOHN and     |
    JANE DOES 1-5; ABC COMPANIES            |
20  1-5; ABC CORPORATIONS 1-5,              |

21                  Defendants.
22

23         Plaintiff, by and through undersigned counsel, hereby makes this expedited motion

24  and requests that the Court continue this case on the dismissal calendar for an additional

25  60 days, to and including May 19, 2023.  Plaintiff has been working to amend the First

26  Amended  Complaint  in  order  to  name  and  include  the  appropriately  named  party

                                        1

Defendants in this matter, and Plaintiff's counsel has been in contact and communication with defense counsel with regard to this issue.  While no Defendants have filed an Answer to the First Amended Complaint, counsel for Defendants and Plaintiff's counsel have conferred regarding the proper Defendants and their correct names, resulting in the need to file the Second Amended Complaint.  As a result, Plaintiff is also filing a Motion to Allow Plaintiff to File his Second Amended Complaint, Dismiss Certain Parties, and Amend Caption.  For these reasons, Plaintiff requests that the Court continue the matter on the dismissal calendar to allow Plaintiff to file his Second Amended Complaint (upon Order signed by the Court), serve the proper Defendants, and allow for Answers to be filed.  This motion is made in good faith and not made for the purpose of delay.

Dated:  March 8, 2023

**BREYER LAW OFFICES, P.C.**

By: */s/ Edward M. Ladley*
       Mark P. Breyer, Esq.
       Edward M. Ladley, Esq.
       3840 East Ray Road
       Phoenix, Arizona  85044
       *Attorneys for Plaintiff*

**ORIGINAL** of the foregoing e-filed
this 8th day of March, 2023 with:

Clerk of the Court
Maricopa County Superior Court
201 W. Jefferson
Phoenix, AZ  85003-2243

2

1    COPY of the foregoing delivered via e-filing
2    this 8th day of March, 2023 to:

3    The Honorable Timothy J. Ryan
     Maricopa County Superior Court
4    101 W. Jefferson ECB 814
5    Phoenix, AZ 85003

6    By: /s/ Reina Ortega
            Paralegal
7
     211331
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

                              3

Clerk of the Superior Court
*** Electronically Filed ***
03/17/2023 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2022-007544                                        03/16/2023

HONORABLE TIMOTHY J. RYAN                CLERK OF THE COURT
                                                            S. Ortega
                                                            Deputy

DEDRICK LAVERGNE                         MARK P BREYER

v.

PINNACLE APARTMENTS S P E, L L C, et al.

JUDGE RYAN

MINUTE ENTRY

        The Court has received Plaintiff's Expedited Motion to Continue Case on the Dismissal
Calendar, filed March 8, 2023.  Good cause appearing,

        **IT IS ORDERED** approving Plaintiff's Expedited Motion, all in accordance with the
formal written Order to Continue Case on Dismissal Calendar signed by the Court March 14, 2023,
and filed (entered) by the Clerk March 16, 2023.

        **PLEASE NOTE:**  The Court has signed a hard-copy version of the order provided with
an electronically filed pleading.  After the order has been scanned and docketed by the Clerk of
Court, additional copies of the order will be available through ECR Online at
www.clerkofcourt.maricopa.gov and from the Public Access Terminals at the Clerk of Court's
offices located throughout Maricopa County.

Docket Code 022                      Form V000A                          Page 1

Clerk of the Superior Court
*** Electronically Filed ***
03/17/2023 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2022-007544                                    03/16/2023

                                         CLERK OF THE COURT
HONORABLE TIMOTHY J. RYAN                      S. Ortega
                                               Deputy


DEDRICK LAVERGNE                         MARK P BREYER

v.

PINNACLE APARTMENTS S P E, L L C, et al.



                          JUDGE RYAN



                         MINUTE ENTRY


        Pursuant to the Order signed by the Court on March 14, 2023,

        IT IS ORDERED directing the Clerk's Office to reflect Defendants' names as E Union
Hills AZ Partners, LLC (DE) f/k/a Pinnacle Apts., LLC, a foreign Limited Liability Company;
Cortland Management, LLC, a foreign Limited Liability Company, John and Jane Does 1-5;
ABC Companies 1-5; and ABC Corporations 1-5 in the caption of the case.

CLERK OF THE SUPERIOR COURT
FILED
MAR 1 6 2023   9:45A.M.
S. Ortega, Deputy

1   Mark P. Breyer, Esq. (Bar No. 016862)
2   Edward M. Ladley, Esq. (Bar No. 018829)
    **BREYER LAW OFFICES, P.C.**
3   3840 East Ray Road
    Phoenix, Arizona 85044
4   (480) 584-6224
5   minutes@breyerlaw.com

6   *Attorneys for Plaintiff*

7          **SUPERIOR COURT OF THE STATE OF ARIZONA**

8                **COUNTY OF MARICOPA**

9

| | |
|---|---|
| 10   DEDRICK LAVERGNE, an individual, | Case No.: CV2022-007544 |
| 11          Plaintiff, | |
| 12   vs. | **ORDER TO CONINUE CASE ON** |
| 13 | **DISMISSAL CALENDAR** |
| 14   PINNACLE APTS, LLC and/or E UNION HILLS AZ PARTNERS, LLC, a foreign | Assigned to the Hon. Timothy J. Ryan |
| 15   Limited Liability Company dba CORTLAND DESERT RIDGE; | |
| 16   PINNACLE APARTMENTS SPE, LLC dba CORTLAND DESERT RIDGE, a | |
| 17   foreign Limited Liability Company; CORTLAND APARTMENTS | |
| 18   PARTNERSHIP LLC, a Domestic | |
| 19   Limited Liability Company, JOHN and JANE DOES 1-5; ABC COMPANIES | |
| 20   1-5; ABC CORPORATIONS 1-5, | |
| 21          Defendants. | |
| 22 | |

23

24       Pursuant to Plaintiff's Expedited Motion to Continue Case on the Dismissal

25   Calendar, and for good cause appearing,

26

                                 1

1       **IT IS ORDERED** that the case shall be continued on the dismissal calendar for 60

2 days, to May 19, 2023.

3       DONE IN OPEN COURT THIS 14th DAY OF MARCH 2023.

4

5

6

7

8                Timothy J. Ryan, Judge

               Maricopa County Superior Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Clerk of the Superior Court
*** Electronically Filed ***
03/20/2023 8:00 AM

SUPERIOR COURT OF ARIZONA
MARICOPA COUNTY

CV 2022-007544                                        03/17/2023

                                              CLERK OF THE COURT
HONORABLE TIMOTHY J. RYAN                          S. Ortega
                                                    Deputy


DEDRICK LAVERGNE                      MARK P BREYER

v.

PINNACLE APARTMENTS S P E, L L C, et al.



                        JUDGE RYAN



                       MINUTE ENTRY


        The Court has received Plaintiff's Motion to Allow Plaintiff to File Second Amended
Complaint to Add and Dismiss Certain Defendants and Amend Caption, filed March 8, 2023.
Good cause appearing,

        **IT IS ORDERED** approving Plaintiff's Motion, all in accordance with the formal written
Order signed by the Court March 14, 2023, and filed (entered) by the Clerk March 16, 2023.

        **PLEASE NOTE:**  The Court has signed a hard-copy version of the order provided with
an electronically filed pleading.  After the order has been scanned and docketed by the Clerk of
Court, additional copies of the order will be available through ECR Online at
www.clerkofcourt.maricopa.gov and from the Public Access Terminals at the Clerk of Court's
offices located throughout Maricopa County.

CLERK OF THE SUPERIOR COURT
FILED
MAR 1 6 2023  9:44 A.M.
S. Ortega, Deputy

1    Mark P. Breyer, Esq. (Bar No. 016862)
     Edward M. Ladley, Esq. (Bar No. 018829)
2    **BREYER LAW OFFICES, P.C.**
3    3840 East Ray Road
     Phoenix, Arizona 85044
4    (480) 584-6224
5    minutes@breyerlaw.com

6    *Attorneys for Plaintiff*

7              **SUPERIOR COURT OF THE STATE OF ARIZONA**

8                       **COUNTY OF MARICOPA**

9

10   Dedrick Lavergne, an individual,      | Case No. CV2022-007544

11              Plaintiff,

12   vs.                                    | **ORDER**

13                                          | Assigned to the Hon. Timothy J. Ryan
     PINNACLE APTS, LLC dba
14   CORTLAND DESERT RIDGE; E
     UNION HILLS AZ PARTNERS, LLC,
15   dba CORTLAND DESERT RIDGE;
     PURE PINNACLE APTS, LLC dba
16   CORTLAND DESERT RIDGE;
     PINNACLE APARTMENTS SPE, LLC
17   dba CORTLAND DESERT RIDGE, a
18   foreign Limited Liability Company;
     CORTLAND APARTMENTS
19   PARTNERSHIP LLC, a Domestic
     Limited Liability Company, JOHN and
20   JANE DOES 1-5; ABC COMPANIES 1-
21   5; ABC CORPORATIONS 1-5
22
23              Defendants.

24        Having reviewed Plaintiff's Motion to Allow Plaintiff to File Second Amended
25   Complaint to Add and Dismiss Certain Defendants and Amend Caption, and for good cause
26   appearing,

                                        1

1    **IT IS HEREBY ORDERED** Plaintiff shall be allowed to file his Second Amended

2  Complaint.

3    **IT IS FURTHER ORDERED** granting the Dismissal of Defendants' Pinnacle

4
5  Apts, LLC dba Cortland Desert Ridge; Pure Pinnacle Apts, LLC dba Cortland Desert

6  Ridge; Pinnacle Apartments SPE, LLC dba Cortland Desert Ridge; and Cortland

7  Apartments Partnership LLC, **_ONLY,_** without prejudice.

8    **IT IS HEREBY ORDERED** that the caption in this action will be amended as

9
10  follows:

| 11 | DEDRICK LAVERGNE, an individual, | Case No. CV2022-007544 |
|---|---|---|
| 12 | Plaintiff, | |
| 13 | | |
| 14 | vs. | |
| 15 | E UNION HILLS AZ PARTNERS, LLC, (DE) f/k/a Pinnacle Apts., LLC, a foreign | Assigned to the Hon. Timothy J. Ryan |
| 16 | Limited Liability Company; CORTLAND MANAGEMENT, LLC, a | |
| 17 | foreign Limited Liability Company, JOHN and JANE DOES 1-5; ABC | |
| 18 | COMPANIES 1-5; ABC | |
| 19 | CORPORATIONS 1-5, | |
| 20 | Defendants. | |

21  Dated: 3/14/23

22

23                                                    _____
                                                     Timothy J. Ryan, Judge
24                                                    Maricopa County Superior Court

25

26

                                        2

Clerk of the Superior Court
*** Electronically Filed ***
Y. Moralez, Deputy
3/20/2023 3:52:51 PM
Filing ID 15700511

Mark P. Breyer, Esq.  (Bar No. 016862)
Edward M. Ladley, Esq. (Bar No. 018829)
**BREYER LAW OFFICES, P.C.**
3840 East Ray Road
Phoenix, Arizona 85044
480-387-5747
minutes@breyerlaw.com

*Attorneys for Plaintiff*

# SUPERIOR COURT OF THE STATE OF ARIZONA

## COUNTY OF MARICOPA

| | |
|---|---|
| DEDRICK LAVERGNE, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>E UNION HILLS AZ PARTNERS, LLC, (DE) f/k/a Pinnacle Apts., LLC, a foreign Limited Liability Company; CORTLAND MANAGEMENT, LLC, a foreign Limited Liability Company, JOHN and JANE DOES 1-5; ABC COMPANIES 1-5; ABC CORPORATIONS 1-5,<br><br>Defendants. | Case No. CV2022-007544<br><br>**SECOND AMENDED COMPLAINT**<br><br>**(Tort - Premise)** |

Plaintiff, Dedrick Lavergne, by and through undersigned counsel, for his Second Amended Complaint against the Defendants named herein alleges as follows:

1.      Plaintiff Dedrick Lavergne was, at all times relevant to this action, a resident of Maricopa County, Arizona.  At the time of the incident described herein, Plaintiff was married and continues to be married at this time.

1

2.     Defendant E Union Hills AZ Partners, LLC, (DE) f/k/a Pinnacle Apts., LLC is a foreign Limited Liability Company doing business in Maricopa County, Arizona.

3.     Defendant Cortland Management, LLC, is a foreign Limited Liability Company doing business in Maricopa County, Arizona.

4.     John and Jane Does 1-5 and ABC Corporations 1-5 are persons or entities whose conduct, true names and identities are unknown at this time.  Plaintiff requests leave to amend this pleading when that information is discovered.

5.     The acts and omissions complained of herein occurred in Maricopa County, Arizona, within the jurisdiction of this Court.

6.     Jurisdiction and venue are appropriate in this Court.  The amount in controversy exceeds the minimal jurisdictional limits of this Court.

7.     On or about June 29, 2021, Defendant E Union Hills AZ Partners, LLC, (DE) f/k/a Pinnacle Apts., LLC, and/or Defendant Cortland Management, LLC, hired Blue On Electric Company and/or BG/InStaff Personnel, LLC for an electrical repair project at Cortland Desert Ridge, an apartment community located at 4750 East Union Hills Drive in Phoenix, Arizona ("the project").

8.     On or about June 29, 2021, Plaintiff Dedrick Lavergne was working with Blue On Electric Company and/or BG/InStaff Personnel, LLC, as a technician on the project.

9.      As part of his assigned work at the project, Plaintiff Dedrick Lavergne was to disconnect the 240 volt power going into the HVAC units in order to have the Freon replaced in the units.   When Plaintiff Dedrick Lavergne pulled on the switch to the disconnect box, he received an electric shock going from his hand up through his left eye and also down and through his rectum.   Plaintiff Dedrick Lavergne has permanent vision loss in his left eye, in addition to other injuries, as a result of this incident.

10.     The Defendants, and each of them, negligently created an unsafe condition related to the HVAC electrical system and/or disconnect box.   The Defendants knew or should have known that they created or allowed to exist a hazardous and dangerous situation in which a member of the general public could be injured as a result.

11.     The condition of the project, the instrumentalities utilized at the project, as well as the supervision provided and/or instruction given by the Defendants related to the project on June 29, 2021, were the result of negligence, carelessness, and recklessness of all the Defendants, their agents, servants and/or employees.

12.     Upon information and belief, the Defendants and each of them, were aware of and had both actual and constructive notice of the work site conditions, the instrumentalities utilized to perform the work at the project, as well as, the supervision provided and/or instruction given at the project, but at all times failed to take any measures to notify and/or warn Dedrick Lavergne and the general public, as well as other subcontractors, of the dangerous worksite conditions, and dangerous instrumentalities

3

utilized to perform the work at the site which caused the incident that led to the injuries sustained by Dedrick Lavergne.

13.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for pain, discomfort, suffering, disability, emotional stress and anxiety.

14.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne, suffered to date and will, to a reasonable probability, continue to suffer in the future, damages for permanent scarring and disfigurement.

15.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has incurred reasonable expenses of necessary medical care, treatment and services rendered and such expenses are reasonably probable to be incurred in the future.

16.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has lost earnings to date and will experience a decrease in earning power or capacity reasonably probable to occur in the future as well as other special/economic damages, past and future.

17.     As an actual, direct and proximate result of the Defendants' negligence, and each of them, Dedrick Lavergne has sustained and will sustain to a reasonable probability in the future, physical, emotional, and other financial losses.

4

18.     As a direct and proximate result of the negligence, carelessness, and failures and omissions by the Defendants, and each of them, Dedrick Lavergne suffered a loss of consortium that includes, but is not limited to: loss of society; loss of affection; loss of assistance; and/or loss of marital relations.

19.     Defendants' conduct, and each of them, of maintaining the premises in an extremely dangerous and hazardous condition showing a conscious disregard for the health, welfare, and safety of others was a direct and proximate cause of the incident that resulted in severe injuries to Dedrick Lavergne.

20.     Defendants' conduct, and each of them, constitutes extreme and outrageous conduct that displays a conscious disregard for the safety of others such that a jury may award punitive damages against Defendants.

21.     Plaintiff claims that the damages in this matter meet the criteria for Tier 3 as specified in Rule 26.2(c)(3), Arizona Rules of Civil Procedure.

**WHEREFORE**, Dedrick Lavergne prays for judgment against the Defendants as follows:

A.     For general compensatory damages in a just and reasonable amount;

B.     For the reasonable value of special damages incurred to date and those that will be incurred in the future for reasonable and necessary medical care;

C.     For the reasonable value of special damages incurred to date and those that will be incurred in the future for lost earnings or wages and future lost earnings or wages;

5

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

D.    For out of pocket expenses incurred;

E.    For loss of consortium;

F.    For punitive damages in an amount to be proven at trial;

G.    For court costs incurred; and

H.    For such other and further relief as the Court deems just and proper.

Dated:   03/20/2023

**BREYER LAW OFFICES, P.C.**

    /s/ Edward M. Laldey
Mark P. Breyer
Edward M. Ladley
3840 East Ray Road
Phoenix, Arizona  85044
Attorneys for Plaintiff

211331

6

1    Mark P. Breyer, Esq. (Bar No. 016862)
2    Edward M. Ladley, Esq. (Bar No. 018829)
     **BREYER LAW OFFICES, P.C.**
3    3840 East Ray Road
     Phoenix, Arizona 85044
4    Tel.: (480) 584-6224
5
6    *Attorneys for Plaintiff*
7              SUPERIOR COURT OF THE STATE OF ARIZONA
8                      COUNTY OF MARICOPA
9
10   DEDRICK LAVERGNE, an individual,       Case No. CV2022-007544
11            Plaintiff,
12   vs.                                    **ACCEPTANCE OF SERVICE FOR**
                                            **DEFENDANTS E UNION HILLS AZ**
13                                          **PARTNERS, LLC F/K/A**
     E UNION HILLS AZ PARTNERS, LLC,        **PINNACLE APTS., LLC AND**
14   (DE) f/k/a Pinnacle Apts., LLC, a foreign   **CORTLAND MANAGEMENT, LLC**
     Limited    Liability    Company;
15   CORTLAND MANAGEMENT, LLC, a
16   foreign  Limited  Liability  Company,
     JOHN  and  JANE  DOES  1-5;  ABC
17   COMPANIES       1-5;       ABC
     CORPORATIONS 1-5,
18
19            Defendants.
20
          Eric L. Cook, Esq. and Lewis Brisbois, attorneys for Defendants E Union Hills AZ
21
     Partners, LLC f/k/a Pinnacle Apts., LLC And Cortland Management, LLC in the above-
22
     entitled action, do hereby accept service of process in this action and acknowledge receipt
23
     of a copy of the **Second Amended Complaint**, as though the same has been served upon
24
25
26
                                        1

these defendants by the Sheriff or other person duly appointed or authorized by law to serve process.

Dated: 4/21/2023

**LEWIS BRISBOIS**

By: /s/

Eric L. Cook, Esq.
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, AZ 85012
*Attorney for Defendants E Union Hills AZ Partners, LLC f/k/a Pinnacle Apts., LLC and Cortland Management, LLC*

**Original** of the foregoing e-filed
This 21 day of April 2023, with:

**Clerk of the Court - Maricopa County Superior Court**

Copy of the foregoing e-served
This 21 day of April 2023, to:

Mark P. Breyer, Esq.
Edward M. Ladley, Esq.
**BREYER LAW OFFICES, P.C.**
3840 East Ray Road
Phoenix, Arizona 85044

*Attorneys for Plaintiff*

Eric L. Cook, Esq.
Lewis Brisbois
Phoenix Plaza Tower II
2929 North Central Avenue, Suite 1700
Phoenix, AZ 85012

*Attorney for Defendants E Union Hills AZ Partners, LLC f/k/a Pinnacle Apts., LLC and Cortland Management, LLC*

2